## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ROLAND MURRAY,**
**ADC #90500**                                                                   **PLAINTIFF**

v.            **CASE NO. 2:10CV00103 BSM/JTR**

**RODNEY FORD, Lieutenant,**
**East Arkansas Regional Unit et al.**                             **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering the proposed findings and recommended disposition and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint [Doc. No. 2] is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2. This dismissal shall count as a "strike," as defined by 28 U.S.C. § 1915(g).

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 26th day of October, 2010.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE